# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 20-76-GF-BMM |
| **Plaintiff,** | |
| vs. | |
| **EDUARDO LUIS DIAZ,** | ORDER |
| **Defendant.** | |

Upon motion of the United States for a change of venue from the Great Falls Division to Missoula Division due to the location of the offense, and for good cause shown, IT IS ORDERED that venue in this case is transferred from the Great Falls Division to the Missoula Division. IT IS FURTHER ORDERED that the Clerk of Court amend the indictment to reflect the Missoula Division docket number.

DATED this 3rd day of December 2020.

_____
Brian Morris, Chief District Judge
United States District Court